# EXHIBIT A

| | | | | |
|---|---|---|---|---|
| TOM WOOD RENTAL<br>4150 EAST 96TH STREET<br>INDIANAPOLIS, IN 46240<br>PH: 317-688-6121 | | | # Customer Invoice NIS-25394 | |
| | | Date:<br>Invoice Date: | 08/03/2015<br>07/31/2015 | |

ADDISON, LEANNA

ADDISON, LEANNA

License Information:



PO Number:
Agreement Number: NIS-25394

| Vehicle Number | Vehicle Type | Vehicle Plate | Date Rented | Date Returned |
|---|---|---|---|---|
| 601IC | 2014 TOYOTA COROLLA | WJV302 | 01/30/2015 11:30 AM | 07/31/2015 06:00 PM |

2 Day(s) @31.53, 181 Day(s) @31.53                                    Charged 183 Day(s)

| Description | Amount |
|---|---|
| DAMAGES | 300.00 |
| DAMAGES | 700.00 |
| ADDITIONAL DRIVER FEE | 20.00 |
| EXCISE TAX | 0.80 |
| STATE TAX | 1.40 |
| Total Charges | 1022.20 |

|  |  |
|---|---|
| Driver Total: | 1,022.20 |
| Driver Payments: | 0.00 |
| Net Due From Driver: | 1,022.20 |

Tax ID:    27-4515175

Please Make Check Payable To and Remit To:

TOM WOOD RENTAL
4150 EAST 96TH STREET
INDIANAPOLIS, IN 46240

DUE UPON RECEIPT
Agreement Number:    NIS-25394
ADDISON, LEANNA

Please Pay This Amount:  1,022.20